UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA, | 1:05-cv-01275-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 17) |
| MCGUINNES, et al., | |
| Defendants. | |

Plaintiff, Vincent Garcia ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 6, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On February 21, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. |
| 2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a |
| 3 | de novo review of this case.  Having carefully reviewed the |
| 4 | entire file, the Court finds the Findings and Recommendations to |
| 5 | be supported by the record and by proper analysis. |
| 6 | Accordingly, IT IS HEREBY ORDERED that: |
| 7 | 1. The Findings and Recommendations, filed February 6, |
| 8 | 2006, are ADOPTED IN FULL; and, |
| 9 | 2. Plaintiff's motion for preliminary injunctive relief, |
| 10 | filed February 1, 2006, is DENIED. |
| 11 | IT IS SO ORDERED. |

**Dated:   March 28, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE