IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA,<br><br>    Plaintiff,<br><br> vs.<br><br>MCGUINNES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-05-1275 OWW DLB P<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF BE DENIED<br><br>[Doc. 9 ] |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2005, plaintiff filed a motion for preliminary injunctive relief seeking a court order requiring defendants to provide plaintiff pain medication which was ordered by his physician.

  "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court*." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). Defendants have not yet been served with this action by the United States Marshal. Plaintiff is not entitled to preliminary injunctive relief until such time as the named defendants have been served with the summons and complaint. At this juncture, plaintiff's motion for preliminary injunctive relief is premature. Plaintiff may file another motion for preliminary injunctive relief after the defendants have been served.

| | |
|---|---|
| 1 | |
| 2 | Based on the foregoing, the court HEREBY RECOMMENDS that plaintiff's motion for preliminary injunctive relief, filed December 9, 2005, be DENIED without prejudice to refiling after defendants have appeared in this action. Plaintiff is also reminded that he must serve the defendants with his motion for preliminary injunctive relief. |

Based on the foregoing, the court HEREBY RECOMMENDS that plaintiff's motion for preliminary injunctive relief, filed December 9, 2005, be DENIED without prejudice to refiling after defendants have appeared in this action. Plaintiff is also reminded that he must serve the defendants with his motion for preliminary injunctive relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     March 29, 2006                    /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE