IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA, | CASE NO. CV-F-05-1275 OWW DLB P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| MCGUINNES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2006, plaintiff filed a motion for preliminary injunction requiring defendants to provide him with pain medication. Plaintiff served the motion on defendants. Accordingly, defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

IT IS SO ORDERED.

Dated: May 1, 2006          /s/ Dennis L. Beck
3c0hj8                      UNITED STATES MAGISTRATE JUDGE

1