IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT GARCIA,

        Plaintiff,

vs.

McGUINNES, et al.,

        Defendants.

CASE NO. CV-F-05-1275 OWW DLB P

ORDER DENYING MOTIONS TO COMPEL AS MOOT
Docs. 42, 43

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2006, plaintiff filed a motion to compel further responses to interrogatories and a motion to compel further responses to requests for admissions. Defendants filed oppositions to the motions on October 26, 2006. Plaintiff did not file a reply.

This case is proceeding on plaintiff's complaint filed on October 7, 2005 against two health care professionals and the Chief of Inmate Appeals at the California Substance Abuse Treatment Facility in Corcoran, California. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Plaintiff seeks to compel further responses to interrogatories and requests for admissions served on May 11, 2006.

In their opposition, defendants state that they served initial responses to the discovery on June 23, 2006 but at the time of the initial responses, plaintiff's medical file was not available to them. After

1

1 | plaintiff wrote to defendants expressing his dissatisfaction with their responses, defendants responded to him on July 21, 2006 by verifying the implied authorization by plaintiff for defendants to review his medical file. Defendant's Opposition, Exhibit "A." Defendants thereafter subpoenaed plaintiff's medical file. Plaintiff granted defendants a 45-day extension of time in which to respond to the discovery. Defendant's Opposition, Exhibit "B." Nevertheless, plaintiff filed the present motion on October 16, 2006. Defendants served supplemental responses to the discovery on October 5, 2006 and October 20, 2006. Defendant's Opposition, Exhibit "C." In light of plaintiff's failure to reply to defendants' opposition, the Court assumes that plaintiff does not dispute defendants' contentions.

Accordingly, based on defendants' supplemental responses to the discovery, plaintiff's motions to compel further responses to interrogatories and requests for admissions are HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:** **November 22, 2006**      **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE