IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MCGUINESS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-1275 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR SANCTIONS<br><br><br><br><br>(Doc. 36) |

Plaintiff s a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2006, plaintiff filed a motion for preliminary injunctive relief requesting that defendants be ordered to provide certain prescribed medication to him. On May 2, 2006, the Court ordered defendants to respond to plaintiff's motion for preliminary injunctive relief. Defendants filed a response on May 22, 2006. Under the mistaken belief that defendants had not yet filed a response, on May 26, 2006, plaintiff filed a motion requesting that sanctions be issued against defendants for failing to comply with the Court's May 2, 2006 Order. It appears that plaintiff had not yet received defendants' response at the time he filed the motion for sanctions. Given that defendants timely responded to the Court's May 2, 2006 Order, plaintiff's motion for sanctions is HEREBY

1

DENIED.

IT IS SO ORDERED.

Dated: March 7, 2007       /s/ Dennis L. Beck
3c0hj8                     UNITED STATES MAGISTRATE JUDGE