UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA, | 1:05-CV-01275-OWW-DLB-P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 60) |
| P. McGUINNESS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2007, defendants filed a motion for an extension of time to file a motion for summary judgment. In light of the fact that defendants filed the motion for summary judgment on March 8, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants' motion for an extension of time to file a motion for summary judgment is GRANTED nunc pro tunc to February 20, 2007.

IT IS SO ORDERED.

Dated: **March 28, 2007**         /s/ **Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE