UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA,<br>　　　　　Plaintiff,<br>vs.<br>McGUINNESS, et al.,<br>　　　　　Defendants. | 1:05-cv-01275-OWW-DLB-P<br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 63)<br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 30) |

Plaintiff, Vincent Garcia ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 28, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before March 14, 2007. On March 14, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Findings and Recommendations, filed February 28, 2007, are ADOPTED IN FULL; and,

     2. Plaintiff's motion for preliminary injunctive relief, filed April 19, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   April 27, 2007**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE